IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALISA NELSON and
STACY JACKSON                                                                                    PLAINTIFFS

v.                                       Case No. 4:20-cv-4018

SANTANDER CONSUMER USA, INC.                                                      DEFENDANT

## **ORDER**

Before the Court is Plaintiff Alisa Nelson's Motion to Reopen Case. ECF No. 20. The Court finds that no response is necessary and that the matter is ripe for consideration.

On February 25, 2020, Plaintiffs brought this case alleging that Defendant did not disclose the auto loan terms to Plaintiff Jackson at the time of the purchase, in violation of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*. ("TILA"). On April 6, 2020, Defendant filed a Motion to Dismiss for Failure to State a Claim. ECF No. 9. On April 22, 2020, the Honorable Barry A. Bryant filed a Report and Recommendation, which recommended that the Court dismiss Plaintiffs' complaint because Plaintiffs' claims are time-barred. ECF No. 16. On May 4, 2020, the Court adopted the Report and Recommendation filed by Judge Barry A. Bryant and dismissed Plaintiffs' claims without prejudice. ECF No. 19.

On July 15, 2021, Plaintiff Nelson filed the instant motion, asking for the case to be reopened. ECF No. 20. Plaintiff Nelson states that she would like the Court to appoint her an attorney but does not address why her claims are not time-barred.

Upon consideration, the Court declines to reopen this case. As discussed in the Order adopting the Report and Recommendation (ECF No. 19), Plaintiffs' claims were dismissed because the claims are time-barred. Plaintiff Nelson provides no argument that the claims should not have been time-barred. Plaintiff Jackson entered into a contract with Defendant in September

2

2016, and thus had one year to file this lawsuit. Plaintiffs filed their lawsuit in February 2020. Accordingly, Plaintiff Nelson has not demonstrated good cause to justify reopening the case.

Accordingly, Plaintiff Nelson's Motion to Reopen Case (ECF No. 20) is hereby **DENIED**.

**IT IS SO ORDERED**, this 16th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge